```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```

**SERGIA DELGADO,**

    Plaintiff,

VS.                                                   NO. 11-3111-Ma

**UHS LAKESIDE, LLC d/b/a**
**LAKESIDE BEHAVIORAL HEALTH**
**SYSTEM,**

    Defendant.


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed in accordance with the Order docketed August 29, 2013.


**APPROVED:**


 *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


| | |
|---|---|
| *August 30, 2013* | THOMAS M. GOULD |
| DATE | CLERK |
| | *s/ Zandra Frazier* |
| | (By) DEPUTY CLERK |