Memphis Tennessee                                             September 9, 2013

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
242 FEDERAL BLDG. 167 N. MAIN
MEMPHS, TN 38103

Notice of Appeal
Case No. 2:11-CV-03111
Delgado V. UHS lakeside, LLC d/b/a Lakeside Behavioral Health System,

I Sergia Delgado most humbly petition, and appeal to the court regarding all decisions to dismiss, close or hinder my case, including but not limited to hearings, procedures, rulings, and or all decisions, and actions against my case, as these have resulted in the hindrance, prevention, and severe override of justice administration, which further deprives and aggrieves this citizen, while obstructing and or preventing statutory and constitutional rights of *the people* herewith. My request for time to find adequate counsel is hereby re-submitted because this (still medicated) citizen, further having been rendered indigent Pro Se lacks the capability, competence, and understanding to address the complexities associated with litigation, thus in the interest of judicial proficiency herein, this otherwise systematically disenfranchised injured worker respectfully requests the above stated case be reopened, and a six months period of time to attain counsel. The evidence would lead reasonable persons to believe that they too could be denied, or hindered from receiving impartial hearings, and or fair, full, *justice for all* administration, and due process with the aggressive pursue of justice for all as intrinsic to and expected by *the people*. The contrary extinguishes the voice and will of this law abiding citizen, and squashes essential evidence, thus depriving this and other citizens in similar circumstances from innate statutory and constitutional rights. Albeit in lame terms, I most humbly plea and petition the court to permit my case its due proceedings with fairness, complete, and impartial justice administration, even as a herein rendered Pro Se indigent injured worker humbly seeking the same remedies available to all citizens; including, but not limited to the above stated, versus the disenfranchising applications, and actions herein thus far sustained by petitioner, which substantially compound the states', other injured workers', and this worker's losses. I most respectfully appeal and petition the court and its respective command chains, kindly requesting that my case be reopened and returned to its original form for further impartial proceedings, versus fostering related statutory and constitutional rights' nocuous precedence impacting all other similarly situated citizens.

Respectfully submitted

_____
Sergia Delgado
Petitioner

8764 Overcup Oaks Dr
Cordova TN 38018
901. 570.1200     901. 347.3374