# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 9, 2014

Ms. Sergia Delgado
8764 Overcup Oaks Drive
Memphis, TN 38018

Re:   Case No. 13-6217, *Sergia Delgado v. UHS Of Lakeside, LLC*
      Originating Case No. : 2:11-cv-03111

Dear Ms. Delgado:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Jeanine R. Hance
Case Manager
Direct Dial No. 513-564-7037

cc: Mr. Thomas M. Gould
    Ms. Katherine Summers Scarbrough
    Ms. Mary Dohner Smith

Enclosure

No mandate to issue

Case No. 13-6217

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

SERGIA DELGADO

      Plaintiff - Appellant

v.

UHS OF LAKESIDE, LLC, D/B/A LAKESIDE BEHAVIORAL HEALTH SYSTEM

      Defendant - Appellee

    Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The Appellant's Brief was not filed by March 24, 2014.

    It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                   **ENTERED PURSUANT TO RULE 45(a),**
                   **RULES OF THE SIXTH CIRCUIT**
                   Deborah S. Hunt, Clerk

Issued: April 9, 2014